The Honorable Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANNE HALL, | No. 05-5746FDB |
| Plaintiff, | |
| | ORDER TO DISMISS |
| v. | |
| TOTAL PROFIT CONTROL, INC., a California business. | |
| Defendant. | |

Pursuant to the Stipulated Voluntary Motion to Dismiss, IT IS SO ORDERED that this case is hereby dismissed with prejudice.

Dated this 27th day of March 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Stipulated Voluntary Motion to Dismiss – 1

LAW OFFICE OF DAVID SCHOENBORN
308 E. 17th Street
Vancouver, WA 98663
Tel 360-693-9998
Fax 360-694-3533